# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:12-CR-75-001 |
| | ) |
| | ) Judge Varlan |
| DOUGLAS ROBINSON | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Douglas Robinson, and the defendant admits that he has violated his supervised release as specified in the petition. An agreement has been reached between the parties, recommending that Mr. Robinson's supervised release should be revoked and that he should receive a sentence of eighteen (18) months with no supervised release to follow.

Mr. Robinson agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is VI. The advisory guideline range is 33-41 months (restricted to 24 months) for "Grade A" violations which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while

taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of eighteen (18) months to be followed by no supervised release. It is recommended that the defendant to designated to FCI Butner, North Carolina.

ENTER:

_____
Honorable Thomas A. Varlan
United States District Judge

APPROVED FOR ENTRY:

_____
Brent Jones
Assistant U.S. Attorney

_____
Benjamin G. Sharp
Attorney for Defendant

_____
Douglas Robinson
Defendant

_____ with permission
Rhonda Monger Lay
U.S. Probation Officer